# ELECTRONIC RECORD

COA # 14-16-00499-CR

STYLE: Ex Parte Enrique P. Gomez

COA DISPOSITION: Affirmed

DATE: July 25, 2017          Publish: No

OFFENSE: Habeas Corpus

COUNTY: Chambers

TRIAL COURT: 344th District Court

TC CASE # 14571-B

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Ex Parte Enrique P. Gomez

CCA # _____

**APPELLANT'S** Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: NOVEMBER 22, 2017
JUDGE: _Per Curiam_

CCA Disposition: **1158-17**
DATE: _____
JUDGE: _____
SIGNED: _____          PC: _____
PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**